IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PRAVIN PATEL and** | ) |
| **FRANK BAYNE,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )   Case No. 04-cv-0491-MJR |
| | ) |
| **YONG B. KIM,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**REAGAN, District Judge:**

On September 7, 2005, the Court was advised by defense counsel that this case had been fully resolved at the settlement conference conducted by U.S. Magistrate Judge Philip M. Frazier.  Accordingly, this action is **DISMISSED without prejudice** and with the right to reopen the case if settlement is not consummated in 60 days.

Sixty days after the entry of this Order on the docket, this dismissal will ripen into a dismissal *with prejudice*.  The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

**IT IS SO ORDERED.**

**DATED this 8th day of September, 2005.**

                              s/ Michael J. Reagan
                              **MICHAEL J. REAGAN**
                              **United States District Judge**